UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNIVERSAL ENTERTAINMENT CORP., et al.,
                                Plaintiffs,

              -against-                            23 Civ. 2250 (LGS)

                                             ORDER
ALEXANDER EISEMAN, et al.,
                                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 27, 2023, Defendants filed a pre-motion letter regarding an anticipated motion to dismiss. On April 3, 2023, Plaintiffs filed a letter in response. Plaintiffs' letter seeks leave to file an amended complaint. It is hereby

      **ORDERED** that Plaintiffs shall file an amended complaint no later than **April 21, 2023.** Upon filing of the amended complaint, Defendants may file a renewed pre-motion letter.

Dated: April 7, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE