# EXHIBIT D

| | |
|---|---|
| **From:** | Alexander Eiseman[alex@zamacap.com] |
| **Sent:** | 2021-10-20T02:59:59Z |
| **To:** | タケウチ トウジ[toji.takeuchi@hq.universal-777.com] |
| **Subject:** | Zama proposal |
| **Attachment:** | Zama proposal.pdf |
| **Attachment:** | Proposed services.xlsx |

Takeuchi-san,

As per our conversation on Tuesday morning, please find attached Zama's proposal for services. I very much appreciate your desire to retain us and look forward to continuing to work together.

I'd be happy to discuss further at your convenience.

Best regards,

Alex

Alexander H Eiseman
Managing Partner
Zama Capital
900 Third Avenue Suite 201
New York, NY 10022
(o) 212-418-1235
(c) 914-843-7668
alex@zamacap.com



# Universal Entertainment Corporation
Proposal Presentation – 2021

*This presentation, furnished on a confidential basis to the recipients, does not constitute an offer to sell, or the solicitation of an offer to buy, any securities or investment advisory services. It is intended exclusively for the use of the persons who are in attendance at this informational session, and it is not to be reproduced or redistributed to any other person without the prior consent of Zama Capital Strategy Advisors LLC*



# Overview of Proposal

- Zama would like to congratulate Universal on successfully executing a merger agreement with 26 Capital Acquisition Corp. Although there is a very large amount of work to do over the next several months to close/list on NASDAQ, we believe that a critical first milestone has been achieved and the stock price movement on Monday shows the strong positive view of the market

- We had expected that the time and amount of work to get to this stage would have been less; however, Zama was not willing to sign with any SPAC partner other than the best fit for Universal and their unique asset

- Normally, Universal would have formally hired an investment bank that would have provided similar services for a large fee agreed from the beginning

- As long-term investors in Universal, we were happy to make introductions for no cost and decided to prioritize getting the best result for Universal rather than focusing on fees

- Given the huge amount of additional remaining work required, we believe that Zama can only provide the same high-quality assistance for appropriate services if properly compensated for our time and resources



## Zama would like to continue to offer the full range of its services for compensation that is significantly below other similar arrangements

- Zama Capital would like to propose total compensation of $10mm, including $2.5mm cash upfront and $7.5mm paid upon completion of work (open to multiple forms of cash or equity consideration)

- At the transaction value of $2.6bn for Okada Manila, typical total cash transaction expenses would be approximately $54-87mm (see comparable deal fees on next page)
    - Zama has been extensively involved to date and has institutional knowledge and relationships with the other advisors and with 26 Capital that would be challenging to replace
    - Zama's proposed compensation of $10mm would represent only 0.38% of the transaction value, and result in total transaction expenses being between 44-66% lower than normal, depending on how it is measured (see below)

*(In $M)*

| *Comparison Based on Avg. Total Transaction Expenses* | | *Comparison Based on Avg. Transaction Expense Percentage* | |
|---|---|---|---|
| Okada Manila Enterprise Value | 2,600 | Okada Manila Enterprise Value | 2,600 |
| Avg. Total Deal Expenses for Similar-Sized Deals | 54 | Avg. Expenses as %age of EV for Similar-Sized Deals | 3.36% |
| As %age of EV | 2.08% | Total Expected Transaction Expenses | 87 |
| | | | |
| Total OM estimated expenses, including Zama | 30 | Total OM estimated expenses, including Zama | 30 |
| Proposed expenses as a percentage of deal amount | 1.15% | Proposed expenses as a percentage of deal amount | 1.15% |
| **Discount to standard expense amount** | **44.44%** | **Discount to standard expense amount** | **65.68%** |

3



# Recent Comparable SPAC Merger Transactions

**Precedent SPAC Deal Economics**

*(Recent deals, $1bn-$3.5bn in EV)*

| SPAC | Target | Enterprise Value ($M) | Merger Execution announce date | Closed Date | Net Sponsor Shares | Sponsor Equity Ownership | Cash Deal Fees | Cash Deal Fees as %age of EV |
|---|---|---|---|---|---|---|---|---|
| M3-Brigade | Syniverse | 2,850 | 8/16/2021 | Ongoing | 7.0 | 3.7% | 130.0 | 4.6% |
| Atlas Crest | Archer | 2,525 | 2/10/2021 | 9/17/2021 | 12.5 | 3.0% | 63.0 | 2.5% |
| Sustainable Opportunities | DeepGreen | 2,378 | 3/4/2021 | 9/9/2021 | 6.8 | 2.0% | 60.0 | 2.5% |
| Qell Acquisition Corp | Lilium | 2,374 | 3/30/2021 | 9/15/2021 | 7.7 | 1.7% | 50.0 | 2.1% |
| Supernova Partners Acq. Co. | Offerpad | 2,368 | 3/18/2021 | 9/1/2021 | 10.1 | 3.8% | 60.0 | 2.5% |
| InterPrivate III Finance Co | Aspiration | 1,943 | 8/18/2021 | Ongoing | 6.8 | 3.0% | 49.0 | 2.5% |
| TPG Pace Tech | Nerdy | 1,700 | 1/29/2021 | 9/20/2021 | 9.0 | 5.0% | 55.0 | 3.2% |
| Motive Capital | Forge | 1,601 | 9/13/2021 | Ongoing | 10.4 | 7.5% | 60.0 | 3.7% |
| Rotor Acquisition | Sarcos Robotics | 1,300 | 4/6/2021 | 9/27/2021 | 6.4 | 3.6% | 50.0 | 3.8% |
| CM Life Sciences II | Somalogic | 1,234 | 3/29/2021 | Ongoing | 6.9 | 4.0% | 35.0 | 2.8% |
| Environmental Impact Acquisition | GreenLight | 1,230 | 8/10/2021 | Ongoing | 5.2 | 3.3% | 30.0 | 2.4% |
| Rice Acquisition Corp. | Archaea | 1,148 | 4/7/2021 | Ongoing | 6.2 | 5.0% | 62.0 | 5.4% |
| Osprey Technology | Black Sky | 1,106 | 2/18/2021 | 9/10/2021 | 7.9 | 5.3% | 53.0 | 4.8% |
| Centricus Acquisition | Aroit | 1,026 | 5/12/2021 | Ongoing | 8.6 | 6.0% | 40.0 | 3.9% |
| D8 Holdings | Vicarious Surgical | 1,100 | 4/15/2021 | 9/20/2021 | 8.6 | 5.6% | 33.0 | 3.0% |
| Cerberus Telecom Acq. Mgmt. | KORE Wireless | 1,010 | 3/12/2021 | 9/28/2021 | 7.3 | 8.1% | 39.0 | 3.9% |
| **Average** | | **1,681** | **N/A** | **N/A** | **8.0** | **4.4%** | **54.3** | **3.4%** |

**PROPOSED OKADA MANILA TRANSACTION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **26 Capital Acquisition Corp.** | **Okada Manila** | **2,600** | **10/15/2021** | **Ongoing** | **6.9** | **2.4%** | **30.0** | **1.2%** |
| *%age from comp average* | | 54.7% | | | -13.7% | -44.4% | -44.8% | -65.7% |

> **Proposed expense on OM's deal (including Zama) is far lower than average**

Source: Public filings

4



**900 Third Avenue
Suite 201
New York, NY 10022
Tel: +1-212-418-1235
alex@zamacap.com**

Strictly confidential. Do not distribute

Zama Capital Strategy Advisors - Project Tiger
Primary work expected to be required through close

| TASK | Responsibility |
|---|---|
| *Post-Transaction Announcement through Listing and Post-Listing* | |
| *TRLEI Lease* | |
| Valuation and analysis of utilized and excess land | UEC/Zama |
| Structuring of new lease arrangement | UEC/Zama |
| Documentation of new lease agreement | UEC/Zama/Legal |
| *Intercompany Debt Push Down* | |
| Analysis of intercompany debt/ordinary course receivables and payables | UEC/Zama |
| Negotiation of intercompany debt treatment | UEC/Zama |
| Structuring of intercompany debt treatment/tax considerations | UEC/Zama/Legal |
| Documentation of new intercompany debt arrangement | UEC/Zama/Legal |
| *Governance and Compensation* | |
| Create/review UEC independent board member candidate list | UEC/Zama |
| Ensure adherence to Nasdaq independence standards | UEC/Zama/Legal |
| Review 26 Capital board member candidate list | UEC/Zama |
| Coordinate background checks for board member candidates | UEC/Zama |
| Compose press release announcing selection of Okada Manila board members | UEC/Zama |
| Compensation benchmarking for executive/employee stock compensation pool | UEC/Zama |
| Develop an executive incentive compensation plan that is consistent with US listed company standards | UEC/Zama |
| Allocation of employee compensation pool and determination of vesting schedules and metrics | UEC/Zama |
| *Business Strategy Consulting* | |
| Evaluation of different business development opportunities | UEC/Zama |
| Analyze potential uses for excess land (including contacting and evaluating strategic development partners) | UEC/Zama |
| Review and assess proposals from 26 Capital | UEC/Zama |
| Advise on capital markets messaging to foreign equity investors for UEC | UEC/Zama |

| *Communication/Marketing Materials Post-Signing* | |
|---|---|
| Prepare talking points/FAQ's for discussions with key investors | UEC/Zama |
| Media plan development | UEC/Zama/26 Capital |
| Review roadshow presentation materials/FAQ's and iterative review with SPAC | UEC/Zama/26 Capital |
| Prepare Investor/Buy-Side Target List | UEC/Zama/26 Capital |
| Prepare Sell-Side Target List | UEC/Zama/26 Capital |
| Reach out to target investors for participation in roadshow meetings | UEC/Zama/26 Capital |
| Schedule roadshow meetings | UEC/Zama/26 Capital |
| Prepare investor day presentation and iterative review with SPAC | UEC/Zama/26 Capital |
| Prepare materials for posting on UEC Manila investor website | UEC/Zama |
| Select vendors for go-forward public earnings communications | UEC/Zama |
| | |
| *PCAOB Audit Completion* | |
| Liase with UHY for completion of key audit milestones | UEC/Zama |
| Selection of financial statement preparation vendor | UEC/Zama |

| | |
|---|---|
| Assit in preparing analysis, market data, marketing language, and background information materials for proxy | UEC/Zama/26 Capital/Legal |
| Review of draft proxy statements | UEC/Zama/26 Capital/Legal |
| Assist in review and response to first round SEC proxy comments | UEC/Zama/26 Capital/Legal |
| Assist in review and response to second round of SEC proxy comments | UEC/Zama/26 Capital/Legal |
| Compose press release announcing definitive proxy statement filed/effectiveness | UEC/Zama/26 Capital/Legal |
| *Analyst Education & Marketing - Analyst Day* | |
| Develop analyst day agenda & attendee list | UEC/Zama/26 Capital |
| Draft save the date | UEC/Zama/26 Capital |
| Prepare analyst day presentation | UEC/Zama/26 Capital |
| Coordinate Webcast Logistics | UEC/Zama |
| Company model review (financial projections and KPIs) | UEC/Zama |
| Prepare FAQ talking points | UEC/Zama |
| Notify analysts of "save the date" | UEC/Zama/26 Capital |
| Finalize expected Q&A list | UEC/Zama |
| Presentation training and practice | UEC/Zama |
| Model maintenance/ update KPIs | UEC/Zama |
| Post presentation follow up with each analyst for feedback and continued education | UEC/Zama |

| | |
|---|---|
| Obtain vendor proposals | UEC/Zama |
| Assess proposals & select a vendor | UEC/Zama |
| Engage vendor & obtain draft contract | UEC/Zama |
| Negotiate & sign contract | UEC/Zama |

### *Bell Ringing Ceremony at Exchange*

| | |
|---|---|
| Coordinate bell ringing ceremoney/handle logistics | UEC/Zama |
| Bell ringing ceremony at Nasdaq exchange | UEC/Zama |

### *Exchange Agent Engagement*

| | |
|---|---|
| Exchange agent candidate list | UEC/Zama |
| Negotiate terms and select exchange agent | UEC/Zama |
| Coordinate KYC process with exchange agent | UEC/Zama |

*Public Company Vendor Selection & Management*

| | |
|---|---|
| Webcast services | UEC/Zama |
| Wire (press) services | UEC/Zama |
| Conference calls & transcripts | UEC/Zama |
| Market Data Services (including surveillance/holder analysis) | UEC/Zama |
| Transfer agent | UEC/Zama |