UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL ENTERTAINMENT CORP., et al.,
                            Plaintiffs,

                            23 Civ. 2250 (LGS)
-against-

                            <u>ORDER</u>
ALEXANDER EISEMAN, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued April 10, 2023, scheduled an initial pretrial conference for May 17, 2023.  It is hereby

       **ORDERED** that, due to a conflict with an ongoing trial, the conference scheduled for May 17, 2023, is **ADJOURNED** to **May 24, 2023, at 4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The start time is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 16, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE