UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL ENTERTAINMENT CORP., et al.,
                              Plaintiffs,
            -against-                                       23 Civ. 2250 (LGS)

ALEXANDER EISEMAN, et al.,                          ORDER
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 24, 2023, an initial conference was held to discuss discovery and Defendants' proposed motion to dismiss;

       WHEREAS, a Civil Case Management Plan will issue separately with the Court's default dates, and with the expectation that the parties may seek to amend the discovery schedule after Defendants have had the opportunity to review Plaintiff's production of discovery from the Delaware litigation and after any findings in the Delaware litigation. It is hereby

       **ORDERED** that the parties shall file a joint letter by **May 30, 2023**. The letter shall (1) propose a briefing schedule for Defendants' proposed motion to dismiss and (2) describe the parties' agreement regarding the Plaintiff's production of discovery in the related Delaware Chancery Court litigation, and any remaining areas of dispute. It is further

       **ORDERED** that in addition to the status letters described in paragraphs 13(a) and 13(b) of the Civil Case Management Plan and Scheduling Order, promptly after the conclusion of the Delaware trial, Plaintiff shall file a status letter about the Delaware action, including any likely impact on the instant action. One week after Plaintiff's letter, the parties shall file a joint letter with proposed next steps in this action, including a statement whether the parties are amenable to further settlement discussions, and whether a conference would be useful.

Dated: May 25, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE