**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC. and TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDER EISEMAN, ZAMA CAPITAL ADVISORS LP, ZAMA CAPITAL STRATEGY ADVISORS LLC, ZAMA CAPITAL MASTER FUND, LP and CHRISTIAN LITTLEJOHN <br><br> Defendants. | Case No. 23-CIV-2250 (LGS) |

**NOTICE OF MOTION, PURSUANT TO**
**FED. R. CIV. P. 9(b), 12(b)(1), AND 12(b)(6), OF DEFENDANTS ALEXANDER EISEMAN, ZAMA CAPITAL ADVISORS LP, ZAMA CAPITAL STRATEGY ADVISORS LLC, ZAMA CAPITAL MASTER FUND, LP AND CHRISTIAN LITTLEJOHN TO DISMISS FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE, that upon the contemporaneously filed declaration of Anil R. Makhijani, Esq. executed on the 23rd day of June, 2023, and the exhibits attached thereto, and the accompanying Memorandum of Law, a motion will be made by defendants Alexander Eiseman, Zama Capital Advisors LP , Zama Capital Strategy Advisors LLC, Zama Capital Master Fund, LP and Christian Littlejohn before the Honorable Lorna Gail Schofield, United States District Judge, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, as soon as counsel may be heard, for an order, pursuant to Federal Rule of Civil Procedure 9(b), 12(b)(1), and 12(b)(6), dismissing with prejudice plaintiffs' First Amended Complaint.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, in opposition must be served upon the undersigned on or before the 21st day of July, 2023, pursuant this Court's May 31, 2023 order.

Dated: June 23, 2023
       New York, New York

                        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                        By: /s/ *Anil Makhijani*

                        Anil Makhijani
                        51 Madison Avenue, 22nd Floor
                        New York, New York 10010
                        Telephone:  (212) 849-7000
                        Facsimile:  (212) 849-7100

                        *Attorney for Alexander Eiseman,*
                        *Zama Capital Advisors LP, Zama Capital Strategy Advisors LLC, Zama Capital Master Fund, LP and Christian Littlejohn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2023, I caused a copy of the foregoing Notice of Motion to be filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      /s/ Anil Makhijani
Anil Makhijani

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

*Attorney for Alexander Eiseman,*
*Zama Capital Advisors LP, Zama Capital Strategy*
*Advisors LLC, Zama Capital Master Fund, LP and*
*Christian Littlejohn*

3