UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC. and TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDER EISEMAN, ZAMA CAPITAL ADVISORS LP, ZAMA CAPITAL STRATEGY ADVISORS LLC, ZAMA CAPITAL MASTER FUND, LP, and CHRISTIAN LITTLEJOHN <br><br> Defendants. | Case No. 23-CIV-2250 (LGS) |

**DECLARATION OF ANIL MAKHIJANI IN SUPPORT OF MOTION, PURSUANT TO FED. R. CIV. P. 9(b), 12(b)(1), AND 12(b)(6), OF DEFENDANTS ALEXANDER EISEMAN, ZAMA CAPITAL ADVISORS LP, ZAMA CAPITAL STRATEGY ADVISORS LLC, ZAMA CAPITAL MASTER FUND, LP AND CHRISTIAN LITTLEJOHN TO DISMISS FIRST AMENDED COMPLAINT**

I, Anil Makhijani, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury declare as follows:

1. I make this declaration based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am an attorney-at-law at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

3. I submit this declaration in support of the Motion, Pursuant To Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6), of Defendants Alexander Eiseman, Zama Capital Advisors LP, Zama Capital Strategy Advisors LLC, Zama Capital Master Fund, LP and Christian Littlejohn to Dismiss First Amended Complaint (the "**Motion**") filed simultaneously herewith.

4. Attached as **Exhibit 1** is a true and correct copy of an email exchange between Toji Takeuchi and Alexander Eiseman between January 27, 2021 and February 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 23th day of June, 2023.

Executed on June 23, 2023.

                                                            /s/ Anil R. Makhijani
                                                            Anil R. Makhijani

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2023, I caused a copy of the foregoing Declaration to be filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

 /s/ Anil Makhijani
Anil Makhijani

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorney for Alexander Eiseman,
Zama Capital Advisors LP, Zama Capital Strategy
Advisors LLC, Zama Capital Master Fund, LP and
Christian Littlejohn*