

## JED M. SCHWARTZ

*Partner*

55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5283
jschwartz@milbank.com  |  milbank.com

August 3, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Universal Entertainment Corporation et al. v. Alexander Eiseman et al.*,
               <u>No. 23-cv-02250 (LGS)</u>

Dear Judge Schofield:

      Pursuant to the Court's order dated May 25, 2023 (Dkt. 41), Plaintiffs in the above-captioned action submit this letter providing the Court with a status update on the trial in *26 Capital Acquisition Corp. v. Tiger Resort Asia Ltd., et al.* (C.A. No. 2023-0128-JTL) (the "<u>Delaware Trial</u>").  The Delaware Trial concluded on July 14, 2023, and the parties completed post-trial briefing last night.

      We anticipate that the court in the Delaware Action will render a judgment prior to the currently scheduled damages trial on September 5, 2023.  That decision might impact certain issues in this case, and Plaintiffs may request to brief any such issues.  Further, Plaintiffs discovered additional facts about Defendants' illicit conduct during the course of the Delaware Trial (which could be added to any amended complaint if necessary).  Otherwise, Plaintiffs are moving forward with discovery in this case.

      We are available to discuss any questions that the Court may have.

                              Very truly yours,

                              <u>/s/ *Jed M. Schwartz*</u>
                              Jed M. Schwartz

cc:      All Counsel of record (via ECF)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO