UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                          :
UNIVERSAL ENTERTAINMENT CORP., et al., :
                              Plaintiffs, :
            -against-                       :           23 Civ. 2250 (LGS)
                                                             :
ALEXANDER EISEMAN, et al.,             :             ORDER
                                    Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Amended Civil Case Management Plan and Scheduling Order, dated August 16, 2023, required the parties to file a joint status letter by September 15, 2023 and every 30 days thereafter.

        WHEREAS, the parties have not filed the required status letter.

        **ORDERED** that, as soon as possible and no later than **September 22, 2023**, the parties shall file the required letter. The dates for future status letters shall remain unchanged from the August 16, 2023, Order.

Dated: September 18, 2023
         New York, New York

                                                          LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE