**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

Plaintiffs shall file a response to Defendants' motion to seal by **December 8, 2023.**

Dated: November 17, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

WRITER'S DIRECT DIAL NO.
**(212) 849-7334**

WRITER'S EMAIL ADDRESS
anilmakhijani@quinnemanuel.com

November 16, 2023

**VIA ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Universal Entertainment Corporation et al. v. Alexander Eiseman et. al*, No. 23-cv-02250

Dear Judge Schofield:

     Defendants in the above captioned action respectfully request, pursuant to Section I.D.3 of your Honor's Individual Rules for Civil Cases, that this Court permit Defendants to temporarily file under seal Exhibits A-G attached to its November 16, 2023 letter requesting a pre-motion discovery conference.

     Defendants filed these exhibits under seal out of abundance of caution as the documents have been labeled as "Confidential" under the Stipulation and Order For the Production And Exchange Of Confidential and Highly Confidential Information (Dkt. 46).  However, Defendants do not believe that such documents should remain sealed.

Respectfully submitted,

 */s/ Anil Makhijani*

Anil Makhijani

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH