**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC. and TIGER RESORT, LEISURE AND ENTERTAINMENT, INC.,<br><br>                              Plaintiffs,<br><br>          v.<br><br>ALEXANDER EISEMAN, ZAMA CAPITAL ADVISORS LP, ZAMA CAPITAL STRATEGY ADVISORS LLC, ZAMA CAPITAL MASTER FUND, LP, JOHN DOE ENTITY 1, and CHRISTIAN LITTLEJOHN,<br><br>                              Defendants. | No. 23 Civ. 2250 (LGS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Universal Entertainment Corporation, UE Resorts International, Inc. f/k/a Okada Manila International, Inc., and Tiger Resort, Leisure and Entertainment, Inc. hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: November 28, 2023
New York, New York

Respectfully submitted,

By: */s/ Jed M. Schwartz*
Daniel M. Perry
Grant R. Mainland
Jed M. Schwartz
Andrew L. Porter
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163

dperry@milbank.com
gmainland@milbank.com
jschwartz@milbank.com
aporter@milbank.com

*Attorneys for Plaintiffs*